# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0329
LT Case No. 2002-CF-4431

_____

EDWARD R. STEINER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Seminole County.
Donna M. Goerner, Judge.

Anthony M. Candela, of Candela Law Firm, P.A., Riverview,
for Appellant.

No Appearance for Appellee.


April 30, 2024


PER CURIAM.

    AFFIRMED.


EISNAUGLE, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____